United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kevin Collazo, Plaintiff, )<br>)<br>v. )<br>)<br>Progressive Select Insurance )<br>Company, Defendant. ) | Civil Action No. 20-25302-Civ-Scola |

**<u>Order Adopting the Magistrate Judge's Report and Recommendations</u>**

Because no party has objected to Magistrate Judge Jonathan Goodman's report (**ECF No. 145**) and the time to do so has passed, the Court **adopts Judge Goodman's report in full**, after finding no plain error with it.

A district court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g.*, *id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

Accordingly, the Plaintiff's motion for taxable costs under 28 U.S.C. § 1920 (**ECF Nos. 125, 126**) is **granted in part and denied in part**. He is hereby awarded $2,601.60 in taxable costs. However, the Plaintiff's motion for taxable costs under Fla. Stat. § 57.041 is **denied**. (**ECF No. 132**.) This case will remain closed.

**Done and ordered** in chambers, at Miami, Florida, on January 6, 2023.

_____
Robert N. Scola, Jr.
United States District Judge